IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:25-cv-00450-MSN-LRV |
| ) | |
| ISEMAN & ASSOCIATES, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court Plaintiff's Motion to Compel Production of Documents. (Dkt. No. 9.) Specifically, Plaintiff requests that the Court "compel Defendants' full and complete responses to Plaintiff's First Requests for Production of Documents, served on June 6, 2025." (*Id.*) The motion is fully briefed. (*See* Dkt. Nos. 10, 12, 13.) On August 1, 2025, the Court held a hearing on the motion at which counsel for both parties appeared and presented argument. For the reasons stated from the bench, and in accord with the specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Motion to Compel Production of Documents (Dkt. No. 9) is **GRANTED IN PART**. It is further

**ORDERED** that Defendants revise and supplement their responses to Plaintiff's First Requests for Production of Documents as follows:

- As to I&A RFP No. 6 and Iseman RFP No. 1, Defendants shall produce all responsive, non-privileged appointment books, logs, diaries, or calendars used by Iseman & Associates, LLC and/or Ms. Iseman for the time period of January 1, 2019 through March 1, 2022.

1

- As to I&A RFP No. 11, Defendant Iseman & Associates, LLC shall search for and produce responsive, non-privileged documents as narrowed during the hearing.

- As to I&A RFP No. 13, Defendant Iseman & Associates, LLC's unilateral limitation of its response to certain business activities, namely, to materials "that relate to the provision of lobbying activities, strategic consulting, public affairs, or business development services," is overruled. Defendant Iseman & Associates, LLC shall produce non-privileged materials relating to *all* business activities, lobbying or otherwise, within its possession, custody, or control for the time period of January 1, 2019 through March 1, 2022.

- As to I&A RFP No. 15, Defendant Iseman & Associates, LLC shall produce monthly bank statements for the time period of January 1, 2019 through March 1, 2022.

- As to I&A RFP No. 27, Defendant Iseman & Associates, LLC shall produce communications with any accountant or tax preparer that transmit or discuss information and data material to (1) the preparation of tax returns and other tax filings prepared on behalf of Iseman & Associates or (2) Iseman & Associates' application for or eligibility to receive PPP loans.

- As to all other RFPs that remain at issue and for which Defendants have either limited the scope of their responses or withheld responsive, non-privileged documents, Defendants' objections are overruled. Defendants are directed to:

    1. Conduct a reasonably diligent search for responsive documents;
    2. Produce responsive, non-privileged documents not already produced; and
    3. Serve revised discovery responses that describe Defendants' reasonable search for responsive documents, including, for example, locations searched and

procedures used in conducting the search, and either confirm that all responsive, non-privileged documents have been produced or that no responsive, non-privileged documents exist.

The applicable time period for all forthcoming responses and supplemental productions is January 1, 2019 through March 1, 2022. It is further

**ORDERED** that Defendants serve their revised responses and supplemental document productions on or before **Tuesday, August 12, 2025**. It is further

**ORDERED** that the parties negotiate and file a proposed protective order for the Court's consideration on or before **Friday, August 8, 2025**.

Finally, the Court encourages the parties to discuss whether a settlement conference would be productive and, if both sides agree, to contact the undersigned's chambers to schedule a settlement conference.

**ENTERED** this 1st day of August, 2025.

/s/ *LRV*
Lindsey Robinson Vaala
United States Magistrate Judge

Alexandria, Virginia

3