Date: 08/01/2025  Judge: Lindsey R. Vaala
Reporter: FTR

Start: 10:00
Finish: 10:51

Civil Action Number: 1:22-cv-450

United States of America

vs.

Vicki L. Iseman et al

Appearance of Counsel for Pltf (X)  Deft (X)

Pro Se Pltf ( )    Pro Se Deft ( )

( ) Matter is uncontested

**[9] MOTION to Compel the Production of Documents by United States of America**
Argued & ( ) Granted ( ) Denied (X) Granted in part/Denied in part
( ) Taken Under Advisement  ( ) Continued to ___  ( ) Held in Abeyance

( ) Report and Recommendation to Follow
( X ) Order(s) to Follow