IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No.: 1:25-cv-00450-MSN-LRV |
| ISEMAN & ASSOCIATES, LLC, *et al.* | |
| Defendants. | |

**UNITED STATES' DEPOSITION DESIGNATIONS**

Pursuant to Fed. R. Civ. P. 26(a)(3), and the Court's verbal order at the Final Pretrial Conference on September 18, 2025, the United States discloses the following designations of deposition testimony that the United States may use at trial.

The United States reserves the right to use deposition testimony without previously designating it for impeachment and to use any deposition testimony that Defendants designate. The United States also reserves the right to supplement these designations in response to any counter-designations provided by Defendants.

The United States reserves the right to challenge and object to Defendants' use of any testimony in the United States' designations on any appropriate grounds. By including testimony in its designations, the United States does not waive any objections to the admissibility of any testimony. The United States reserves the right to amend its designations if appropriate in light of any motions *in limine* or other future pretrial rulings of the Court.

| Witness | Date of Deposition | Start Page:Line | End Page:Line |
|---|---|---|---|
| Rosing | 9.10.2025 | 14:13 | 14:24 |
| Rosing | 9.10.2025 | 23:6 | 24:19 |
| Rosing | 9.10.2025 | 29:2 | 30:3 |
| Rosing | 9.10.2025 | 34:17 | 35:16 |
| Rosing | 9.10.2025 | 37:23 | 38:9 |

| Witness | Date of Deposition | Start Page:Line | End Page:Line |
|---|---|---|---|
| Rosing | 9.10.2025 | 41:5 | 42:12 |
| Rosing | 9.10.2025 | 43:17 | 44:12 |
| Rosing | 9.10.2025 | 44:18 | 46:16 |
| Rosing | 9.10.2025 | 47:12 | 50:20 |
| Rosing | 9.10.2025 | 51:6 | 52:4 |
| Rosing | 9.11.2025 | 30:10 | 32:2 |
| Rosing | 9.11.2025 | 33:10 | 34:3 |
| Rosing | 9.11.2025 | 35:20 | 36:2 |
| Rosing | 9.11.2025 | 66:4 | 66:17 |
| Rosing | 9.11.2025 | 79:12 | 81:10 |
| Rosing | 9.11.2025 | 81:23 | 83:19 |
| Rosing | 9.11.2025 | 85:7 | 85:14 |
| Iseman & Associates | 9.4.2025 | 98:8 | 99:20 |
| Iseman & Associates | 9.4.2025 | 101:21 | 102:17 |
| Iseman & Associates | 9.4.2025 | 103:8 | 103:24 |
| Iseman & Associates | 9.4.2025 | 155:11 | 155:18 |
| Iseman & Associates | 9.4.2025 | 161:18 | 162:20 |
| Iseman & Associates | 9.4.2025 | 163:20 | 165:9 |
| Iseman & Associates | 9.4.2025 | 197:1 | 197:4 |

Dated: October 3, 2025

Respectfully submitted,

LINDSEY HALLIGAN
UNITED STATES ATTORNEY

By:   __/s/ John E. Beerbower__
JOHN E. BEERBOWER
Assistant United States Attorney
United States Attorney's Office
*Counsel for the United States*
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: 703.299.3841
Fax: 703.299.3898
john.beerbower@usdoj.gov