UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISEMAN & ASSOCIATES, LLC, *et al.*,

    Defendants.

_____/

Case No. 1:25-cv-00450-MSN-LRV

## **DEFENDANTS' DEPOSITION DESIGNATIONS**

Defendants Vicki Iseman and Iseman & Associates, LLC respectfully submits the deposition designations below, which they intend to introduce at trial if the need arises.

Deponent: **Lisa Blackmore**
Date of Deposition: **September 9, 2025**

| Designation | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|
| 8:24-9:3 | | | |
| 9:11-12 | | | |
| 9:19-25 | | | |
| 10:10-14 | | | |
| 11:13-17 | | | |
| 12:11-25 | | | |
| 13:4-12 | | | |
| 13:18-24 | | | |
| 14:10-12 | | | |
| 15:10-17 | | | |
| 15:25-16:4 | | | |
| 16:17-17:18 | | | |
| 18:18-19:4 | | | |
| 20:8-14 | | | |
| 20:16-21:7 | | | |

| | | | |
|---|---|---|---|
| 21:11-22:15 | | | |
| 22:23-23:5 | | | |
| 25:3-7 | | | |
| 25:14-18 | | | |
| 25:23-26:3 | | | |
| 27:12-15 | | | |
| 28:1-7 | | | |
| 28:21-29:3 | | | |
| 29:10-12 | | | |
| 30:3-31:24 | | | |
| 32:1-38:10 | | | |
| 38:15-18 | | | |
| 38:25-41:11 | | | |
| 41:16-44:25 | | | |
| 45:5-46:22 | | | |
| 47:2-48:10 | | | |
| 48:20-61:2 | | | |
| 61:5-62:7 | | | |
| 62:22-64:24 | | | |
| 65:01 | | | |
| 65:4-68:16 | | | |
| 68:18 | | | |
| 68:20-23 | | | |
| 69:2-70:13 | | | |
| 70:15-72:10 | | | |
| 73:1-13 | | | |
| 73:19-24 | | | |
| 74:22-76:22 | | | |
| 78:18-24 | | | |
| 79:17-80:6 | | | |
| 80:18-81:14 | | | |
| 83:9-84:11 | | | |
| 84:17-85:7 | | | |
| 86:21-87:19 | | | |
| 88:1-11 | | | |
| 88:13 | | | |
| 88:17-89:21 | | | |
| 90:21-24 | | | |
| 91:3-21 | | | |

| | | | |
|---|---|---|---|
| 92:6-16 | | | |
| 93:18-22 | | | |
| 94:17-95:5 | | | |
| 95:15-96:8 | | | |
| 96:15-99:18 | | | |
| 100:9-25 | | | |
| 101:23-103:9 | | | |
| 103:13-18 | | | |
| 104:14-105:3 | | | |
| 105:7-106:11 | | | |
| 106:17-108:11 | | | |
| 108:15-110:3 | | | |
| 110:11-16 | | | |
| 110:21-111:24 | | | |
| 112:3-6 | | | |
| 112:9-113:7 | | | |
| 113:9-114:15 | | | |
| 114:20-23 | | | |
| 115:1-20 | | | |
| 115:22-23 | | | |
| 116:1-23 | | | |
| 117:25-118:6 | | | |
| 118:23-119:16 | | | |
| 120:6-122:7 | | | |
| 122:15-16 | | | |
| 122:18-20 | | | |
| 122:22-24 | | | |
| 123:5-7 | | | |
| 124:8-126:2 | | | |
| 126:6-24 | | | |
| 127:17-129:25 | | | |
| 130:02 | | | |
| 130:4-7 | | | |
| 130:11-16 | | | |
| 130:18-25 | | | |
| 133:1-9 | | | |
| 133:16-18 | | | |
| 133:21-134:4 | | | |
| 134:13-135:1 | | | |

| Designation | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|
| 135:3-6 | | | |
| 135:9-10 | | | |
| 135:15-19 | | | |
| 137:8-138:1 | | | |
| 138:5-11 | | | |
| 138:13-14 | | | |
| 138:24-144:16 | | | |
| 144:19-24 | | | |
| 145:9-147:9 | | | |
| 148:06 | | | |
| 148:18-22 | | | |
| 148:24-149:4 | | | |

Deponent: **Anna Rosing**
Date of Deposition: **September 10, 2025**

| Designation | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|
| 7:14-16 | | | |
| 8:8-14 | | | |
| 9:12-17 | | | |
| 10:11-16 | | | |
| 11:3-8 | | | |
| 11:23-12:16 | | | |
| 12:21-13:5 | | | |
| 14:8-18 | | | |
| 15:15-17 | | | |
| 15:20-25 | | | |
| 17:2-9 | | | |
| 17:21-18:4 | | | |
| 19:12-20:2 | | | |
| 20:9-25 | | | |
| 21:17-24:11 | | | |
| 24:20-24:22 | | | |
| 25:21-23 | | | |
| 27:21-22 | | | |
| 28:1-3 | | | |
| 28:6-9 | | | |
| 28:14-17 | | | |

| Designation | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|
| 29:2-24 | | | |
| 30:7-8 | | | |
| 30:10-11 | | | |
| 31:5-8 | | | |
| 32:11 | | | |
| 32:20-33:5 | | | |
| 33:13-34:1 | | | |
| 35:12-16 | | | |
| 36:4-14 | | | |
| 36:22-37:6 | | | |
| 38:8-9 | | | |
| 38:19-25 | | | |
| 39:5-9 | | | |
| 39:24 | | | |
| 40:21-24 | | | |
| 41:14-43:1 | | | |
| 43:7-12 | | | |
| 44:14-45:2 | | | |
| 45:21-46:3 | | | |
| 46:9-11 | | | |
| 46:17-47:8 | | | |
| 47:12-48:13 | | | |
| 48:17-49:6 | | | |
| 49:8-19 | | | |
| 49:23-51:6 | | | |
| 51:9-12 | | | |
| 51:14-17 | | | |
| 52:7-12 | | | |
| 53:3-11 | | | |
| 53:21-54:7 | | | |

Deponent: **Anna Rosing**
Date of Deposition: **September 11, 2025**

| Designation | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|
| 6:3-24 | | | |
| 7:4-13 | | | |
| 8:3-5 | | | |

| | | | |
|---|---|---|---|
| 8:10-17 | | | |
| 9:12-19 | | | |
| 11:18-12-4 | | | |
| 12:10-21 | | | |
| 13:8-20 | | | |
| 14:4-15 | | | |
| 15:2-4 | | | |
| 15:10-21 | | | |
| 16:14-21 | | | |
| 17:6-13 | | | |
| 18:6-19:6 | | | |
| 22:15-24:10 | | | |
| 26:4-11 | | | |
| 27:23-28:11 | | | |
| 28:14-29:13 | | | |
| 29:23-32:2 | | | |
| 32:11-24 | | | |
| 33:5-9 | | | |
| 33:16-25 | | | |
| 36:9-11 | | | |
| 36:13 | | | |
| 37:12-19 | | | |
| 38:4-12 | | | |
| 38:25-39:16 | | | |
| 43:6-44:10 | | | |
| 44:21-45:14 | | | |
| 46:22-47:7 | | | |
| 48:1-5 | | | |
| 48:7-49:22 | | | |
| 50:8-52:12 | | | |
| 52:20-53:1 | | | |
| 53:3-6 | | | |
| 53:9-12 | | | |
| 53:14-15 | | | |
| 53:17-20 | | | |
| 53:22 | | | |
| 53:24-54:2 | | | |
| 54:4-7 | | | |
| 54:9-11 | | | |

| | | | |
|---|---|---|---|
| 54:14-17 | | | |
| 60:6-21 | | | |
| 62:11-14 | | | |
| 63:18-21 | | | |
| 64:4-14 | | | |
| 65:1-23 | | | |
| 65:25 | | | |
| 66:10-23 | | | |
| 68:2-5 | | | |
| 68:22-70:7 | | | |
| 71:1-2 | | | |
| 71:4 | | | |
| 71:16-22 | | | |
| 71:24-72:3 | | | |
| 72:5 | | | |
| 72:7-8 | | | |
| 72:10-73:1 | | | |
| 73:3-11 | | | |
| 73:13 | | | |
| 73:15 | | | |
| 73:17-19 | | | |
| 73:21-74:25 | | | |
| 75:10-17 | | | |
| 76:1-10 | | | |
| 76:12 | | | |
| 76:14-17 | | | |
| 77:11-12 | | | |
| 77:14-16 | | | |
| 77:18-20 | | | |
| 81:4-7 | | | |
| 81:9-10 | | | |
| 84:13-85:3 | | | |
| 85:5 | | | |
| 86:14-23 | | | |

Dated: October 3, 2025

/s/ *Kimberly Russell*
KIMBERLY RUSSELL
Admitted *Pro Hac Vice*
The Russell Law Firm, PLLC
1140 3rd St. NE
Washington, DC 20002
Tel: (202) 430-5085
kimberly@russellatlaw.com


JORDAN D. HOWLETTE
VSB No.: 97839
Managing Attorney
Justly Prudent
1140 3rd St. NE, Suite 2180
Washington, DC 20002
Tel: (202) 921-6005
Fax: (202) 921-7102
jordan@justlyprudent.com
*Counsel for Defendants*