# EXHIBIT 41

FINANCE

# Among those who got PPP loans: Washington lobbying firms

More than two dozen lobbying, public affairs and consulting firms got loans designed to help small businesses weather the pandemic.




A closed sign at a small business in San Antonio. More than two dozen lobbying, public affairs and consulting firms got loans designed to help small businesses. | Eric Gay, File/AP Photo

By THEODORIC MEYER
07/06/2020 07:35 PM EDT

Advertisement




More than two dozen Washington lobbying, public affairs and consulting firms received loans from the federal government to help them weather the pandemic, according to data released on Monday by the Small Business Administration.

Firms that derive more than 50 percent of their revenue from lobbying or political work are barred from receiving the loans — which can be forgiven if companies meet certain benchmarks — under the agency's rules. The American Association of Political Consultants unsuccessfully sued to overturn the prohibition earlier this year.

Advertisement




But several lobbying firms secured loans through the Paycheck Protection Program despite the rules, including Van Scoyoc Associates, the No. 10 lobbying firm in town last year by revenue, according to a POLITICO analysis of disclosure filings. The firm received a loan of between $1 million and $2 million last month, which helped it retain 63 jobs, according to the data.

Advertisement

Van Scoyoc lobbies for clients that include Amazon, Comcast, FedEx and Lockheed Martin, according to disclosure filings. The firm didn't respond to a

request for comment.

AD

Waxman Strategies, the lobbying firm run by former Rep. Henry Waxman (D-Calif.) and his son, Michael Waxman, also received a Paycheck Protection Program loan, which Michael Waxman said totaled less than $500,000.

Michael Waxman said the firm was able to apply for the loan because lobbying accounts for less than 50 percent of the firm's revenue. "It's only a small fraction of our work," he wrote in an email to POLITICO.

"The last thing we want to do is lay off employees, now or at any time," he added. "And we're thankful the Paycheck Protection Program was designed to provide support for small businesses like ours to weather financially stressful conditions and a still uncertain economic future."

The lobbying firm APCO Worldwide received a loan of between $5 million and $10 million, while the lobbying firm Banner Public Affairs got between $350,000 and $1 million, according to the data. Another lobbying firm, the Conafay Group, received between $150,000 and $350,000.

**CORONAVIRUS: WHAT YOU NEED TO KNOW**

President Donald Trump and Melania Trump **have tested positive** for Covid-19.

**Confirmed U.S. Cases:** 7,292,422 | **U.S. Deaths:** 208,068

**How coronavirus will change the world permanently**

**Coronavirus cases, tracked state by state**

**Are you a health care worker?** Tell us what you're seeing

TOP DEVELOPMENTS

- Here's **what we know** — and don't — about Trump's Covid case.
- Joe Biden **tested negative** for Covid-19.
- Trump's diagnosis could **spell disaster for his campaign**.
- The Trump team is **on guard against foreign adversaries** who could exploit the president's illness.

Read all coronavirus coverage »

Other lobbying firms that received the loans are primarily law firms, such as Miller & Chevalier; Kasowitz Benson Torres; Wiley; Kelley Drye & Warren; and Van Ness Feldman.

Advertisement

AD

Kasowitz Benson Torres has done legal work this cycle for America First Action, a super PAC backing President Donald Trump's reelection, as well as the Republican National Committee, according to campaign finance records.

Marc Kasowitz, a partner at the firm, also worked as a personal lawyer to President Donald Trump during special counsel Robert Mueller's investigation into Russian interference in the 2016 election.

A Kasowitz Benson Torres spokeswoman said that "together with substantial cost-saving measures and greatly reduced partner distributions," the loan "enabled us to preserve the jobs of our hundreds of employees at full salary and benefits without interruption."

WATCH: THE CONVERSATION

**Bill Gates on vaccine hesitancy, AI and global health | The Conversation**

The Paycheck Protection Program was created by Congress in March to help businesses with fewer than 500 employees make it through the pandemic — with some exceptions. Strip clubs, payday loan companies and businesses that

get most of their revenues from gambling, lobbying or political work were allbarred from receiving the loans under SBA rules.

The agency changed the rules for casinos and other gambling businesses in April under pressure from the casino industry and the Nevada congressional delegation, but lobbying firms weren't so lucky. Trade groups such as the Business Roundtable and the National Association of Manufacturers are also prohibited from applying for the loans; more than 2,000 trade groups sent a letter to lawmakers last week urging them to change the rules.

But the rules don't appear to have prevented a number of firms in the influence industry from receiving aid. Many of them are public affairs firms that aim to influence the federal government in ways that don't require them to register as lobbyists.

The Clyde Group, for instance, states on its website that it can help "corporations and organizations achieve their policy, legislative, regulatory and legal goals by shaping strategies around decision-makers and relevant influencers." The firm received between $350,000 and $1 million in April, helping to save 26 jobs, according to the data.

Advertisement

AD

The DCI Group, which Bloomberg Businessweekreported in 2018 had conducted six Washington influence campaigns on behalf of hedge funds, received between $2 million and $5 million, helping to preserve the jobs of 96 employees, according to the data.

Advertisement

AD

Neither firm responded to requests for comment.

At least one public affairs firm that received a loan has returned it.

Precision Strategies, a firm started by three veterans of President Barack Obama's 2012 reelection campaign, received a loan of between $1 million and $2 million in May, according to the data. Stephanie Cutter, one of the firm's co-founders, said they had applied for loan as a precautionary measure but ultimately decided they didn't need it as much as others might.

"We returned the loan in full last month because we decided there were other small businesses across the country that were more deserving of this money than we were," she said.

**FILED UNDER:** LOBBYING, CONSULTANTS, SBA, FINANCE & TAX

## Morning Money

Delivered daily by 8 a.m., Morning Money examines the latest news in finance, politics and policy — and on Fridays, Morning Money: Capital Risk highlights the downstream effects on markets.

EMAIL

Your Email

EMPLOYER

Employer

JOB TITLE

Job Title

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service. You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SIGN UP

SPONSORED CONTENT

Case 1:25-cv-00450-MSN-LRV Document 69-12 Filed 12/12/25 Page 5 of 5 PageID# 1730



**Harvard Professor Steven Pinker Recommends: 7…**

Cognitive scientist Steven Pinker shares the books that prove the…

Blinkist: Celebrity Reading List



**IRS Forgives Millions in Tax Debt Before December…**

As the tax relief deadline nears, thousands of Americans are rushin…

Fresh Start Information

**What Happens When You Own Physical Gold And…**

The Real Value Of Owning Physical Gold

Goldco



**Four charts explain why Donald Trump is in trouble**

The Economist



**If you're collecting under $3950 in SS a month: You'…**

DollarPerks

About Us | Advertising | Breaking News Alerts | Careers | Credit Card Payments | Digital Edition | FAQ | Feedback | Headlines | Photos | Press | Request A Correction | Write For Us | RSS
Site Map

Terms of Service | Privacy Policy

© 2025 POLITICO LLC