**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-450-MSN-LRV |
| | ) | |
| | ) | |
| Vicki L. Iseman, et al | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

Pursuant to the order of this Court entered on April 6, 2026 and in accordance with

Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff and

against the Defendants, jointly and severally, in the amount of $408, 730.44, comprised of

$324,730.44 in damages and $84,000.

FERNANDO GALINDO, CLERK OF COURT


By:_____/s/_____
　　　　　L. Creek
　　　　　Deputy Clerk


Dated: April 6, 2026
Alexandria, Virginia